CHARLIE F. STODDARD, Appellant, *v.* THE DIAMOND MATCH COMPANY, Respondent.

*Stoddard* v. *Diamond Match Co.*, 121 App. Div. 894, appeal dismissed.
(Argued November 18, 1907; decided November 26, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 13, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

The motion was made upon the ground that the appeal was from an unanimous judgment of affirmance in an action to recover for personal injuries, and so unappealable, permission to appeal not having been obtained.

*Frank Gibbons* for motion.

*Spencer Brownell* opposed.

Motion granted and appeal dismissed, with costs before argument to respondent in this court, and ten dollars costs of motion.